

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

Keith Rychlik

600 Shrewsbury St
Charleston WV 25309
1001 Centreway Charleston WV 25309

40 E Locust St Central Islip NY 11722

3516153

*(Enter above the full name of the plaintiff or plaintiffs in this action).*  *(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 2:18-cv-00004
*(Number to be assigned by Court)*

Rob Montgomery

111 Court Street

Charleston WV 25301

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes _____   No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Keith William Rychlik
   600 Shrwebury St Chearleston WV. 25301
   100 Centre way Charleston WV 25309

   Defendants: Rob montgomery
   111 court St charleston WV. 25301

2. Court (if federal court, name the district; if state court, name the county);
   Kanawha County

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** _____

   A. Is there a prisoner grievance procedure in this institution?

   Yes _X_    No ____

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _X_    No ____

   C. If you answer is YES:

   1. What steps did you take? _Court staff try to move my Case to different Judge they Refuse_

   2. What was the result? _No help because No one understander me_

   D. If your answer is NO, explain why not: _I'm a disability person I have a hard time understander thing_

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: _Keith William Rychlik_
      Address: _600 Shrewsbury St Charleston WV 25301_

   B. Additional Plaintiff(s) and Address(es): _moving 40E Locust St Central Islip NY 11722_
      _1001 Centre Way Charleston WV 25309_

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Rob Montgomery

is employed as: Judges

at 111 Court St

D. Additional defendants: Charleston, WV 25301

_____

_____

_____

_____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

disrespectful Rude discriminate me day one I Exit the Court room very unpresson on the Job he made Fun of me in the Court room and he give me a dirty Look I fear for my Life went I see him he do not understander nothing about people with Feeling and the same about people with a disability that is Deaf and Like me I have a hard time understant thing he made Fun of me in court and he do not care about people Like me

4

## IV. Statement of Claim (continued):

I have Videotape of the court Hearing on 8/15/17 and the same about 9/15/17 but I was not in court on 9/15/17 I tell Bob I can't Hear that good and I do not do Busness over the phone I had hard time understander what is going on and He hung-up on me Like a Kid he is I was very uncomfortable that day on the Phone. and they give me 20 year Dvp on me for nothing they is No Just thing 20 year Dvp they is 30, 60, 90 180 day Dvp!

## V. Relief

**State briefly exactly what you want the court to do for you.** Make no legal arguments. Cite no cases or statutes.

help me to understander the case and working to work with me because I'm a disability person that is Deaf and I'm a handicapp too, and Not Look at me differen and make me feel good about my own Skin, I have a Learning disability and I have Autism too and I have to be Face to Face to Read they Lip

V.   **Relief (continued)):**

_____
_____
_____
_____
_____
_____

VII.  **Counsel**

   A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____N/A_____

   B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____          No __X__

   If so, state the name(s) and address(es) of each lawyer contacted:

   _____
   _____

   If not, state your reasons: _____
   _____

   C.   Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____          No __X__

6

If so, state the lawyer's name and address:

_____

_____

Signed this __30__ day of __Dec_____, 20_17_.

Theeth W Rychlik
600 Shrwebury St
Charleston WV- 25301
_Theeth W Rychlik_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/30/17__.
           (Date)

_Theeth W Rychlik_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7