```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**KEITH WILLIAM RYCHLIK,**

    Plaintiff,

v.                             Civil Action No. 2:18-cv-00004

**ROB MONTGOMERY,**

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on May 20, 2018; and the magistrate judge having recommended that the court dismiss this matter pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, and the dictates of <u>Twombly</u> and <u>Iqbal</u>, and deny as moot the plaintiff's Application to Proceed Without Prepayment of Fees and Costs; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that the plaintiff's motion and complaint be, and they hereby are, dismissed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: December 21, 2018

_____
John T. Copenhaver, Jr.
Senior United States District Judge